JOHN WEISS, Appellant, *v.* THE BOARD OF COUNTY
COMMISSIONERS OF JACKSON COUNTY, AND
HENRY G. YOUNG, Respondents.

The Service of Notice of Appeal must precede the filing of the undertak
ing therefor, and simply refiling the undertaking, after the notice of ap-
peal has been served, will not answer.

Appeal from Douglas County. The facts are stated in
the opinion.

*B. F. Dowell*, for appellant.

*A. C. Jones*, for respondent.

By the Court, Watson, J.:

A motion has been made in this case to dismiss the ap-
peal upon the grounds: 1. That the notice of appeal does
not sufficiently describe the decree appealed from; 2. That
the undertaking for appeal, as shown by the transcript, was
not filed within ten days after service of the notice of ap-
peal, but previous to such service, and consequently there,
is no undertaking for this appeal. In opposition to this
motion, appellant has filed his cross-motion, asking leave to
file said undertaking, or file a new one.

In our opinion the notice of appeal is sufficient in the
particular objected to by the respondents. The date and
character of the decree, and the parties in whose favor ren-
dered, are all set forth in the notice, and fully identify it.
(*Lewis* v. *Lewis*, 4 Or. 210.)

The objections to the undertaking are, however, well
taken. The service of the notice must precede the filing of
the undertaking for an appeal. (*Dooling* v. *Moore*, 19 Cal.
81; *Buckholder* v. *Byers*, 10 Id. 481.) Nor will refiling of
the undertaking now, if that were possible, aid this appeal.
But as it satisfactorily appears that appellant has given his
notice of appeal in good faith, and that he has failed,
through mistake, to file an undertaking within the time
allowed by law, the motion to dismiss will be denied, and
the appellant has leave to file a sufficient undertaking for
appeal.